# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In the matter of: | **Case No.:** 05-36599-dof |
| Banetta Payne and Kenyatta Payne | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Banetta Payne and Kenyatta Payne | | | Debtor Refund | 725682 | $178.00 |

Dated: December 23, 2010

   /s/Carl L. Bekofske<br>
Carl L. Bekofske,<br>
Standing Chapter 13 Trustee<br>
400 N. Saginaw St., Ste 331<br>
Flint, MI 48502<br>
Telephone: (810) 238-4675<br>
Fax: (810) 238-4712<br>
Email: ECF@flint13.com<br>
P10645